702 A.2d 343

IN THE MATTER OF RICHARD S. HANLON,
AN ATTORNEY AT LAW.

November 12, 1997.

## ORDER

The Disciplinary Review Board on September 15, 1997, having filed with the Court its decision concluding that **RICHARD S. HANLON** of **BAYONNE**, who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **RICHARD S. HANLON** is hereby suspended from the practice of law for a period of three months, effective December 8, 1997, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.